**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

_Southern_____ District of ___Texas_____
(State)

Case number (if known): _____ Chapter _7___

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

| | |
|---|---|
| 1. **Chapter of the Bankruptcy Code** | *Check one:*<br>☑ Chapter 7<br>☐ Chapter 11 |

## Part 2:   Identify the Debtor

| | |
|---|---|
| 2. **Debtor's name** | OTA Consulting LLC |
| 3. **Other names you know the debtor has used in the last 8 years**<br><br>Include any assumed names, trade names, or *doing business as* names. | OTA Consulting; Erika Garcia; Erika L. Garcia; Erica Garcia; Erica L. Garcia |
| 4. **Debtor's federal Employer Identification Number (EIN)** | ☐ Unknown<br><br>4 5 – 3 6 5 0 6 3 0<br>EIN |

5. **Debtor's address**

| **Principal place of business** | **Mailing address, if different** |
|---|---|
| 241 Saint Cloud Dr<br>Number    Street | <br>Number    Street |
| | P.O. Box |
| Friendswood          TX   77546<br>City          State   ZIP Code | <br>City          State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Galveston<br>County | <br>Number    Street<br><br>City          State   ZIP Code |

Doc ID: 1f10cf131b2c895bb114c244c8414f4d59c23482

Debtor    OTA Consulting LLC
_____    Case number (*if known*)_____
Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

**7.** **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other type of debtor. Specify: _____

**8.** **Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the types of business listed.
☐ Unknown type of business.

**9.** **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____  Relationship _____

District _____ Date filed _____  Case number, if known _____
MM / DD / YYYY

Debtor _____  Relationship _____

District _____ Date filed _____  Case number, if known _____
MM / DD / YYYY

---

**Part 3:**   **Report About the Case**

**10.** **Venue**

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11.** **Allegations**

***See Exhibit 1: Additional Allegations In Support Of 11 U.S.C. §303 Petition.***

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12.** **Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Doc ID: 1f10cf131b2c895bb114c244c8414f4d59c23482

Debtor  **OTA Consulting LLC**
Name                                                    Case number *(if known)*

---

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Agape Connection, LLC | Judgment | $ 129,602.00 |
| Agape Connection, LLC | Expenses on Judgment | $ 338.00 |
|  |  | $ |
|  | Total of petitioners' claims | $ 129,940.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney.  Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

**Part 4:  Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br>Dr. Gena Lyn Jerkins, individually and on behalf of Agape Connection, LLC<br>Name<br><br>PO BOX          1287<br>Number     Street<br><br>Somerville          TX          77879<br>City          State          ZIP Code | George Edwards III<br>Printed name<br><br>Edwards Sutarwalla PLLC<br>Firm name, if any<br><br>602 Sawyer Street, Suite 490<br>Number     Street<br><br>Houston          TX          77007<br>City          State          ZIP Code |
| **Name and mailing address of petitioner's representative, if any**<br><br>Name<br><br>Number     Street<br><br>City          State          ZIP Code | Contact phone  713-565-1353  Email george@eslawpartners.com<br><br>Bar number  24055438<br><br>State  TX |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on  03 / 21 / 2023<br>          MM / DD / YYYY<br><br>✗  _[signature]_<br>Signature of petitioner or representative, including representative's title | ✗  /s/George Edwards III<br>Signature of attorney<br><br>Date signed  03/21/2023<br>          MM / DD / YYYY |

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 3

Debtor    OTA Consulting LLC
_____
          Name

Case number (if known)_____

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                    State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                    State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM  / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                    State        ZIP Code

Contact phone _____ Email _____

Bar number _____

State        _____

✖ _____
Signature of attorney

Date signed    _____
               MM  / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                    State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                    State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM  / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                    State        ZIP Code

Contact phone _____ Email _____

Bar number _____

State        _____

✖ _____
Signature of attorney

Date signed    _____
               MM  / DD / YYYY

---

Doc ID: 1f10cf131b2c895bb114c244c8414f4d59c23482